NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

## IN RE NAREN CHAGANTI

---

2011-1344
(Serial No. 09/307,752)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

## ORDER

Naren Chaganti moves to reinstate this appeal.

On June 7, 2011, the court dismissed Chaganti's appeal for failing to file a brief. The court treats Chaganti's informal brief as a motion for reinstatement.

Accordingly,

IT IS ORDERED THAT:

(1) The motion is granted. The court's June 7, 2011 order is vacated, the court's mandate is recalled and the appeal is reinstated.

(2) The Director's brief is due within 40 days from the date of filing of this order.

FOR THE COURT

SEP 0 1 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Naren Chaganti
    Raymond T. Chen, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 0 1 2011

JAN HORBALY
CLERK